OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES
02 1M       $ 00.26⁵
0004279596    JAN 23 2015
MAILED FROM WR-70,439-02

1/20/2015
GONZALES, FELIPE PINALES   Tr. Ct. No. 582378-A
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

RTS -discharged

Abel Acosta, Clerk

FELIPE PINALES GONZALES
MICHAEL UNIT - TDC # 897145
P. O. BOX 4500
TENNESSEE COLONY, TX 75886           U TF